No. 02–6822. FOSTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6823. EL-NOBANI, AKA NUBANI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6828. OWENS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6829. BARROW, AKA BURROW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–6837. LEE PENG FEI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6838. GARRETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6841. HODGE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6842. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6844. MONTOYA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6860. WRIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6861. VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6862. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6872. AVERY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–1867. MULDER ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Motion of Mountain States Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.